```
            IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                    :      CHAPTER 13

     Carmen J. Alicea          :      No.  18-16293-AMC
         Debtor
```

ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE
STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby ORDERED and DECREED that Debtors attorney David M. Offen is given an extension of time of (14) days until October 19, 2018, by which date all required documents must be filed.

**Date: October 10, 2018**        _____
                                  HONORABLE ASHELY M. CHAN DATED:
                                  U.S. BANKRUPTCY JUDGE

cc:

William C Miller, Esq., Trustee

David M. Offen, Esquire

Carmen J. Alicea