United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-16293-amc
Carmen J. Alicea                                                Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP            Page 1 of 1              Date Rcvd: Oct 10, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
db             +Carmen J. Alicea,    1333 McKinely Street,    Philadelphia, PA 19111-5819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Carmen J. Alicea dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial, LLC., bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 4

```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


       IN RE:                    :      CHAPTER 13

     Carmen J. Alicea            :      No.  18-16293-AMC
           Debtor


       ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE
         STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS
```

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby ORDERED and DECREED that Debtors attorney David M. Offen is given an extension of time of (14) days until October 19, 2018, by which date all required documents must be filed.

**Date: October 10, 2018**       _____
                                 HONORABLE ASHELY M. CHAN DATED:
                                 U.S. BANKRUPTCY JUDGE

cc:

William C Miller, Esq., Trustee

David M. Offen, Esquire

Carmen J. Alicea