UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Carmen J. Alicea : NO. 18-16293-AMC
    Debtor

## NOTICE OF PRAECIPE TO CHANGE ADDRESS

Pursuant to the above-captioned matter, kindly mark the court record of the debtor's new mailing address as follows: 1333 McKinley Street Philadelphia, PA 19111 .

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated 11/20/18