Certificate Number: 12433-PAE-DE-037954419

Bankruptcy Case Number: 18-16293



12433-PAE-DE-037954419

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 19, 2023, at 7:07 o'clock PM EST, Carmen Judith Alicea completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 19, 2023    By:   /s/Lance Brechbill

Name:   Lance Brechbill

Title:   Teacher